**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **E. Fletcher Construction LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-1844813** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **338 Gay Street, Unit D** <br> **Washington, VA 22747** <br> Number, Street, City, State & ZIP Code | **P.O. Box 223** <br> **Washington, VA 22747** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Rappahannock** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **EFLETCHERCONSTRUCTION.COM** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | E. Fletcher Construction LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

2361

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

Debtor   **E. Fletcher Construction LLC**                                Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **E. Fletcher Construction LLC**
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case number (*if known*)

Debtor   **E. Fletcher Construction LLC**                                          Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 17, 2025**
MM / DD / YYYY

**X** */s/ Edward D. Fletcher, Jr.*                              Edward D. Fletcher, Jr.
_____                   _____
Signature of authorized representative of debtor         Printed name

Title   **Manager**
_____

**18. Signature of attorney**

**X** */s/ John P. Goetz*                      Date   **April 17, 2025**
_____                   _____
Signature of attorney for debtor                  MM / DD / YYYY

**John P. Goetz 78514**
_____
Printed name

**John Goetz Law, PLC**
_____
Firm name

**86 West Shirley Avenue**
**Warrenton, VA 20186**
_____
Number, Street, City, State & ZIP Code

Contact phone   **540-359-6605**      Email address   **docs@johngoetzlaw.com**
_____                   _____

**78514 VA**
_____
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **E. Fletcher Construction LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF VIRGINIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bill Me Later, Inc. Attn: Collections Dept. P.O. Box 105658 Atlanta, GA 30348-5858** | | **NOTICE ONLY - Pending Suit - Breach of Contract; Debtor unaware of creditor** | **Disputed** | | | **$0.00** |
| **BMF Advance 1022 Aenue M Brooklyn, NY 11230-4712** | | **All Inventory, Equipment, Negotiable Instruments, Chattel Paper, Accounts Receivable, Equipment** | | **$40,000.00** | **Unknown** | **Unknown** |
| **Brickstone Group, LLC c/o Hamelburg Law, LLC 7910 Woodmont Ave., Ste. 1350 Bethesda, MD 20814** | | **All Inventory, Equipment, Negotiable Instruments, Chattel Paper, Accounts Receivable** | | **$80,000.00** | **Unknown** | **Unknown** |
| **Burner Electrical Service, Inc. 30 North Bank St. Luray, VA 22835** | | **Electrical Contractor Services** | | | | **$12,541.50** |
| **Capifi 1370 Broadway New York, NY 10018** | | **Accounts; Contract rights** | | **$7,000.00** | **Unknown** | **Unknown** |
| **Capon Valley Bank P.O. Box 119 Wardensville, WV 26851** | | **2007 CAT 416C Loader 4WD** | | **Unknown** | **$55,000.00** | **Unknown** |
| **Corporation Service Co. P.O. Box 2576 Springfield, IL 62708** | | **UCC-1; Creditor Unknown** | | | | **$0.00** |

| Debtor | **E. Fletcher Construction LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Corporation Service Co.** <br> **P.O. Box 2576** <br> **Springfield, IL 62708** | | **UCC-1; Creditor Unknown** | | | | **$0.00** |
| **Corporation Service Co.** <br> **P.O. Box 2576** <br> **Springfield, IL 62708** | | **UCC-1; Creditor Unknown** | | | | **$0.00** |
| **Crusade Group, LLC** <br> **10 W 37th St., Rm. 602** <br> **New York, NY 10018** | | **All Inventory, Equipment, negotiable Instruments, Chattel Paper, Accounts Receivable** | | **$59,000.00** | **Unknown** | **Unknown** |
| **Fundbox, Inc.** <br> **5750 Legacy Dr** <br> **Suite B3-535** <br> **Plano, TX 75024** | | **Merchant Cash Advance** | | | | **$12,564.65** |
| **Grid Market LLC** <br> **667 NE 105th St.** <br> **Miami, FL 33138** | | **All Inventory, Equipment, Fixtures; Negotiable Instruments, Chattel Paper, Accounts Receivable, Equipment** | | **Unknown** | **Unknown** | **Unknown** |
| **Jeffrey and Elizabeth Chenard** <br> **c/o Donohue Themak & Miller, PLC** <br> **117 Oronco St. Alexandria, VA 22314** | | **Pending suit - Breach of Contract** | **Disputed** | | | **$0.00** |
| **Lesley Arnold** <br> **c/o Ashwell & Ashwell, PLLC** <br> **21 Culpeper St. Warrenton, VA 20186** | | **Pending suit - Breach of Contract** | **Disputed** | | | **$0.00** |
| **Lien Solutions** <br> **P.O. Box 29071** <br> **Glendale, CA 91209-9071** | | **UCC-1; Creditor Unknown** | | | | **$0.00** |
| **Lien Solutions** <br> **P.O. Box 29071** <br> **Glendale, CA 91209-9071** | | **UCC-1; Creditor Unknown** | | | | **$0.00** |

Debtor    **E. Fletcher Construction LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Meged Funding Group Corp. 501 Chestnut Ridge Rd., Ste. 204 Spring Valley, NY 10977** | | **Merchant Cash Advance** | | | | **$13,295.00** |
| **Rapid Finance 4500 East West Hwy Bethesda, MD 20814** | | **Unsecured Loan** | | | | **$50,000.00** |
| **Slate Advance c/o Peter Katz, Esq. 52 Duane St., 7th Fl. Princeton, NJ 08540** | | **Merchant Cash Advance** | | | | **$11,468.53** |
| **Xpress Capital LLC 6837 Technology Ave. Kalamazoo, MI 49009** | | **All Inventory, Equipment, Negotiable Instruments, Chattel Paper, Accounts Receivable** | | **$12,000.00** | **$0.00** | **$12,000.00** |

E. Fletcher Construction LLC -

ANDREW AND FIONA WELCH
C/ODONOHUE THEMAK & MILLER PLC
117 ORONCO ST.
ALEXANDRIA, VA 22314

ANNA HAGLUND AND LUKE SOBOTA
6779 JOHN BARTON PAYNE RD.
MARSHALL, VA 20115

BERKOVITCH & BOUSKILA, PLLC
1545 ROUTE 202
POMONA, NY 10970

BIG TALL AND SHORT LLC
C/O ASHWELL & ASHWELL, PLLC
21 CULPEPER ST.
WARRENTON, VA 20186

BILL ME LATER, INC.
ATTN: COLLECTIONS DEPT.
P.O. BOX 105658
ATLANTA, GA 30348-5858

BMF ADVANCE
1022 AENUE M
BROOKLYN, NY 11230-4712

BRICKSTONE GROUP, LLC
C/O HAMELBURG LAW, LLC
7910 WOODMONT AVE., STE. 1350
BETHESDA, MD 20814

BURNER ELECTRICAL SERVICE, INC.
30 NORTH BANK ST.
LURAY, VA 22835

CAPIFI
1370 BROADWAY
NEW YORK, NY 10018

CAPON VALLEY BANK
P.O. BOX 119
WARDENSVILLE, WV 26851

E. Fletcher Construction LLC -

CORPORATION SERVICE CO.
P.O. BOX 2576
SPRINGFIELD, IL 62708

CRUSADE GROUP, LLC
10 W 37TH ST., RM. 602
NEW YORK, NY 10018

CT CORPORATION SYSTEM
4701 COX ROAD, SUITE 285
GLEN ALLEN, VA 23060

EDWARD FLETCHER, JR.
13583 CREST HILL RD.
FLINT HILL, VA 22627

FAUQUIER COUNTY CIRCUIT COURT
29 ASHBY STREET
WARRENTON, VA 20186

FAUQUIER COUNTY GDC
6 COURT STREET
WARRENTON, VA 20186

FOLEY & LARDNER, LLP
ATTN: SUSAN POLL KLAESSY, ESQ.
3000 K ST., NW, STE. 600
WASHINGTON, DC 20007

FORA FINANCIAL FUNDING LLC
C/O AUBREY THRASHER
3050 PEACHTREE RD NW, STE. 240
ATLANTA, GA 30305

FREEDOM RUN
4009 HUNTINGDALE CT.
WESLEY CHAPEL, FL 33543-7151

FUNDBOX, INC.
5750 LEGACY DR
SUITE B3-535
PLANO, TX 75024

E. Fletcher Construction LLC -


GREEN FUND NY
276 5TH AVE., RM. 704
NEW YORK, NY 10001


GRID MARKET LLC
667 NE 105TH ST.
MIAMI, FL 33138


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPER.
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


JEFFREY AND ELIZABETH CHENARD
C/O DONOHUE THEMAK & MILLER, PLC
117 ORONCO ST.
ALEXANDRIA, VA 22314


JOHN MAIN
6829 BRIMSTONE LN.
FAIRFAX STATION, VA 22039


LAW OFFICES OF STEVEN ZAKHARYAYEV
10 W 37TH ST., RM. 202
NEW YORK, NY 10018


LESLEY ARNOLD
C/O ASHWELL & ASHWELL, PLLC
21 CULPEPER ST.
WARRENTON, VA 20186


LIEN SOLUTIONS
P.O. BOX 29071
GLENDALE, CA 91209-9071


MEGED FUNDING GROUP CORP.
501 CHESTNUT RIDGE RD., STE. 204
SPRING VALLEY, NY 10977


MELANIE L. FEIN
52 INNSBRUCK AVE.
GREAT FALLS, VA 22066-2632

E. Fletcher Construction LLC -

MERCHANT CAPITAL
1274 49TH ST., STE. 197
BROOKLYN, NY 11219

NEXTSTONE CAPITAL LLC
175 PEARL ST., STE. 310
BROOKLYN, NY 11201

PARKVIEW ADVANCE LLC
400 MAIN ST.
STAMFORD, CT 06901

PROVENTURE CAPITAL LLC
2613 E 16 ST.
BROOKLYN, NY 11235

RAPID FINANCE
4500 EAST WEST HWY
BETHESDA, MD 20814

RAPPAHANNOCK CIRCUIT COURT
P.O. BOX 517
WASHINGTON, VA 22747

RAPPAHANNOCK COUNTY GDC
P.O. BOX 206
WASHINGTON, VA 22747

RAPPAHANNOCK COUNTY TREASURER
P.O. BOX 37
WASHINGTON, VA 22747

ROBERT SCHELLHAS
C/O ASHWELL & ASHWELL, PLLC
21 CULPEPER ST.
WARRENTON, VA 20186

RYAN MOODY
C/O LEE SHOEMAKER
701 E WATER ST., STE. 101
CHARLOTTESVILLE, VA 22902

SECURED LENDER SOLUTIONS
P.O. BOX 2576
SPRINGFIELD, IL 62708-2576

E. Fletcher Construction LLC -


SLATE ADVANCE
C/O PETER KATZ, ESQ.
52 DUANE ST., 7TH FL.
PRINCETON, NJ 08540


SPARTAN BUSINESSS SOLUTIONS, LLC
371 E. MAIN ST., STE. 202
MIDDLETOWN, NY 10940


SUPREME CT. OF NY
COUNTY OF KINGS
360 ADAMS ST., STE. 189
BROOKLYN, NY 11201


U.S. SMALL BUSINESS ADMIN
2 20TH ST. N STE 320
BIRMINGHAM, AL 35203-4002


VIRGINIA DEPT. OF TAXATION
OFFICE OF COMPLIANCE
P.O. BOX 27407
RICHMOND, VA 23261-7407


WARREN COUNTY CIRCUIT COURT
1 E MAIN ST.
FRONT ROYAL, VA 22630


WYNWOOD CAPTIAL GROUP
18117 BISCAYNE BLVD., STE. 106
NORTH MIAMI BEACH, FL 33160


XPRESS CAPITAL LLC
6837 TECHNOLOGY AVE.
KALAMAZOO, MI 49009

# United States Bankruptcy Court
## Western District of Virginia

In re    **E. Fletcher Construction LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **E. Fletcher Construction LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**April 17, 2025**

Date

**/s/ John P. Goetz**

**John P. Goetz 78514**

Signature of Attorney or Litigant

Counsel for    **E. Fletcher Construction LLC**

**John Goetz Law, PLC**
**86 West Shirley Avenue**
**Warrenton, VA 20186**
**540-359-6605 Fax:540-359-6610**
**docs@johngoetzlaw.com**